FILED

2003 JUN -3  A 11: 45

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN WEN LIANG, | CV F 03 5658 REC HGB HC |
| Petitioner, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST |
| JOHN ASHCROFT, et al., | ACCOUNT STATEMENT **OR** PAY FILING FEE |
| Respondents. | |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the

petition.  See 28 U.S.C. § 1915(a)(2).  Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2.  Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: 6/3/03

UNITED STATES MAGISTRATE JUDGE

```
                                                              rcf
                    United States District Court
                              for the
                    Eastern District of California
                           June 4, 2003


                    * * CERTIFICATE OF SERVICE * *


                                    1:03-cv-05658


    Jinwen

        v.

    Ashcroft

    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  June 4, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Jin Wen Liang                                    REC HGB HC
        1528875
        Lerdo Pretrial Facility
        17695 Industrial Road
        Bakersfield, CA   93308

          * Application to proceed in forma pauperis

        Marianne A Pansa
        United States Attorney
        3654 Federal Building
        1130 O Street
        Fresno, CA   93721



                                        Jack L. Wagner, Clerk

                                        BY: _____
                                              Deputy Clerk
```