```
 1  QUIN DENVIR, Bar #49374                          FILED
    Federal Defender
 2  DANIEL J. BRODERICK #89424                       2003 AUG 27  P 4:00
    Assistant Federal Defender
 3  801 I Street, 3d Floor                           CLERK, US DIST COURT
    Sacramento, California 95814                     EASTERN DIST. OF CALIF
 4  Telephone:  (916) 498-5700                            AT FRESNO
                                                     BY_____
 5  Attorneys for Petitioner
    JIN WEIN LANG
 6
```



LODGED
AUG 25 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIN WEIN LANG,                      )
                                    )   No. CIV F-03-5658-REC-HGB-HC
            Petitioner,             )
                                    )   MOTION FOR SUBSTITUTION OF COUNSEL;
       v.                           )
                                    )   PROPOSED ORDER
JOHN ASHCROFT, et al.,              )
                                    )
                                    )
            Respondents.            )
                                    )
_____)

Petitioner JIN WEIN LANG, hereby moves this court for an order substituting attorney Carolyn D. Phillips, P.O. Box 5622, Fresno, CA 93755-5622 (559) 248-9833, for the office of the Federal Defender as petitioner's counsel in this matter. The Federal Defender's office has determined that it is currently unable to represent petitioner. Ms. Phillips has agreed to accept the appointment. She is an experienced criminal defense attorney, admitted to practice in the Eastern District of California. She has received and will continue to receive training and materials from the Federal Defender's office concerning federal habeas cases involving INS detention.

1  Respondents have been ordered to file their return by August 25, 2003
2  and Petitioner to file a traverse 10 days later. Ms. Phillips will either
3  comply with this order or seek an extension of time in writing from this
4  court.

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: August 5, 2003

_____
DANIEL J. BRODERICK
Assistant Federal Defender
Attorneys for Petitioner
JIN WEIN LANG

Dated: August 25, 2003

_____
CAROLYN PHILLIPS, Esq.

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that CAROLYN PHILLIPS, Esq., shall be substituted in as counsel for Petitioner in place of the office of the Federal Defender for the Eastern District of California.

Dated: August 27, 2003

_____
HOLLIS G. BEST
United States Magistrate Judge

2

rab

United States District Court
for the
Eastern District of California
August 28, 2003

\* \* CERTIFICATE OF SERVICE \* \*

1:03-cv-05658

Liang

   v.

Ashcroft

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 28, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

                                        REC   HGB   HC   CD

Jin Wen Liang
1528875
Lerdo Pretrial Facility
17695 Industrial Road
Bakersfield, CA   93308

Marc C Ament
Federal Defender's Office
2300 Tulare Street
Suite 330
Fresno, CA   93721

Carolyn D Phillips
PO Box 5622
Fresno, CA   93755-5622

Marianne A Pansa
United States Attorney
3654 Federal Building
1130 O Street
Fresno, CA   93721

                                        by: RBall