


# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN WEIN LIANG, | CV F 03 5658 REC SMS (YNP) HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO DISMISS |
| v. | (Document #20) |
| JOHN ASHCROFT, et al., | |
| Respondents. | |

Petitioner is currently in the custody of the Bureau of Immigration and Customs Enforcement (BICE) proceeding with appointed counsel, Carolyn D. Phillips, Esq., with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In his petition, Petitioner alleges that his detention pursuant to 8 U.S.C. § 1231(a)(2) is indefinite and violates Petitioner's substantive and procedural due process rights under the Due Process Clause of the Fifth Amendment to the United States Constitution. Petitioner also asserts that his detention is in violation of Respondent's statutory authority. On October 27, 2003, Petitioner filed a motion to dismiss the petition for writ of habeas corpus without prejudice. Petitioner states that his claim is unripe because he is not administratively incarcerated under a final order of removal.



     Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, "an action shall not be dismissed at the [Petitioner's] instance save upon order of the court and upon such terms and conditions as the court deems proper." Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules."

     In this case, the Court finds good cause to grant Petitioner's request for dismissal. Furthermore, Respondent does not oppose Petitioner's request, and the Court finds that Respondent will not suffer prejudice by a dismissal of this action. Accordingly, IT IS ORDERED that the petition BE DISMISSED without prejudice. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

DATED: Dec 1, 2003

ROBERT E. COYLE
UNITED STATES DISTRICT COURT JUDGE

United States District Court
for the
Eastern District of California
December 3, 2003

* * CERTIFICATE OF SERVICE * *

1:03-cv-05658

Liang

   v.

Ashcroft

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 3, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Carolyn D Phillips                    REC SMS (YNP) HC
    PO Box 5622
    Fresno, CA   93755-5622

    Marianne A Pansa
    United States Attorney
    3654 Federal Building
    1130 O Street
    Fresno, CA   93721


                                                  Jack L. Wagner, Clerk

                                                  BY:
                                                        Deputy Clerk