**FILED**
**JUDGMENT ENTERED**

12/8/03
Date
by _____
Deputy Clerk

U.S. District Court
Eastern District of California

✓ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JIN WEIN LIANG,

       Petitioner,

vs.

JOHN ASHCROFT, et al.,

       Respondents.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-03-5658 REC/SMS (YNP) HC

       DECISION BY COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that the writ of habeas corpus is DISMISSED WITHOUT PREJUDICE. JUDGMENT IS ENTERED for Respondent.

DATED: 12/8/03

JACK L. WAGNER, Clerk

By: _____
Deputy Clerk

jgm.civ
2/1/95

```
                                                                  rcf
               United States District Court
                         for the
                Eastern District of California
                     December 3, 2003


             * * CERTIFICATE OF SERVICE * *
                  Entry on Civil Docket


                                              1:03-cv-05658

   Liang

        v.

   Ashcroft

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on December 3, 2003,  I SERVED and ENTERED on the civil docket a
true and correct copy(ies) of the attached, by placing said copy(ies) in
a postage paid envelope addressed to the person(s) listed below, by
depositing said envelope in the U.S. Mail, by placing said copy(ies)
into an inter-office delivery receptacle located in the office of the Clerk,
or, pursuant to prior authorization by counsel, via facsimile.


        Carolyn D Phillips                  REC SMS (YNP) HC
        PO Box 5622
        Fresno, CA   93755-5622

        Marianne A Pansa
        United States Attorney
        3654 Federal Building
        1130 O Street
        Fresno, CA   93721




                                           Jack L. Wagner, Clerk

                                           BY: _____
                                                Deputy Clerk
```